UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| RYAN WILLIAMS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO: |
| ) | |
| CELANESE EVA PERFORMANCE ) | |
| POLYMERS LLC d/b/a CELANESE ) | |
| CORPORATION ) | |
| ) | |
|    Defendant. ) | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. NATURE OF THE CASE

1. This is an action brought by Plaintiff, Ryan Williams ("Williams"), by counsel, against Defendant, Celanese Eva Performance Polymers LLC d/b/a Celanese Corporation ("Defendant"), for violating the Americans with Disabilities Act ("ADA"), as amended, 42 U.S.C. § 12101 *et seq.*

### II. PARTIES

2. Williams is a resident of the United States and the State of Indiana.

3. Defendant is a corporation that maintains offices and conducts business in the Southern District of Indiana.

### III. JURISDICTION AND VENUE

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331 and 42 U.S.C. §12117.

5. Defendant is an "employer" as that term is defined by 42 U.S.C. § 12111(5)(A).

6. Williams is a "qualified individual with a disability" as defined by the Americans with Disability Act, 42 U.S.C. §§ 12102(2) and 12111(8) and/or Defendant knew of William's disability and/or Defendant regarded Williams as being disabled.

7. Williams exhausted his administrative remedies by timely filing a Charge of Discrimination against Defendant with the Equal Employment Opportunity Commission and files this complaint within ninety (90) days of receipt of their Notice of Right to Sue.

8. A substantial part of the events, transactions, and occurrences concerning this case arose in the geographical environs of the Southern District of Indiana; therefore, venue is proper in this Court.

## IV. Factual Allegations

9. Williams, who is colorblind, is a certified forklift driver. Williams had worked for Silgan Containers ("Silgan") for six years as a Maintenance Mechanic which required driving a forklift. At Silgan, Williams was paid $24 per hour.

10. On or about August 10, 2021, Williams was sent an Offer Letter from the Defendant for the position of Senior Associate Technician Maintenance. The position was nearly exactly the same as the position Williams held at Silgan, but Defendant's position had a starting pay rate of $26.77 per hour with significant benefits of insurance,

retirement, and vacation. The Offer Letter was formal and requested that Williams check whether he accepted or rejected the offer. Williams accepted the offer.

11. Upon acceptance of the Defendant's offer, Williams resigned his employment with Silgan.

12. The Defendant then required Williams to undergo a 4-hour pre-employment physical.

13. On or about September 3, 2021, Defendant notified Williams that his employment offer was rescinded and that he would not have a position with Defendant in any capacity. Initially, Williams' rejection letter said that Williams had applied for a production operator position which was not either the position he applied for or was offered.

14. After several inquiries and after Defendant's Human Resources Representative's refusal to provide a reason for Williams' rejection, Williams spoke with Defendant's nurse who informed him that the Defendant had a company-wide policy of not hiring anyone with his disability, colorblindness, because Williams would be a safety hazard when he drove a forklift.

15. Defendant reached this determination without engaging in the interactive process and without determining if there was any accommodation available to Williams. Moreover, Williams had performed a similar position without issue and is certified as a forklift driver.

16. Williams was discriminated against based on his disability in violation of the ADAAA. Furthermore, the Defendant has a company-wide policy that discriminates against people with disabilities as a class.

## V. LEGAL ALLEGATIONS

### COUNT I: DISABILITY DISCRIMINATION

17. Paragraphs one (1) through sixteen (16) of Williams' Complaint are hereby incorporated.

18. Defendant violated Williams' rights as protected by the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.* by rescinding his offer letter because of his actual or perceived disability.

19. Defendant has a policy that discriminates against individuals with a disability as a class by refusing to hire anyone with Williams' disability.

20. Defendant's actions were intentional, willful and in reckless disregard of Williams' rights as protected by the ADA.

21. Williams has suffered and continues to suffer harm as a result of Defendant's unlawful actions.

## VI. REQUESTED RELIEF

WHEREFORE, Plaintiff, Ryan Williams, by counsel, respectfully requests that this Court find for Plaintiff and:

1. Reinstate Plaintiff to the position, salary and seniority level he would have enjoyed but for Defendant's unlawful employment actions, or award him front pay in lieu thereof;

2. Pay Plaintiff's lost wages and benefits;

3. Pay to Plaintiff compensatory damages, damages for emotional distress and payment of uncovered medical bills and/or insurance premiums;

4. Pay to Plaintiff punitive damages;

5. Enjoin Defendant from enforcing its company-wide policy that discriminates against individuals with disabilities;

6. Pay to Plaintiff pre- and post-judgment interest;

7. Pay Plaintiff's costs and attorney fees incurred in litigating this action; and,

8. Provide any further equitable relief this Court sees fit to grant.

Respectfully submitted

/s/ Lauren E. Berger
Kyle F. Biesecker, Atty. No. 24094-49
Lauren E. Berger, Atty. No. 29826-19
BIESECKER DUTKANYCH & MACER, LLC
411 Main Street
Evansville, IN 47708
Telephone:   (812) 424-1000
Facsimile:   (812) 424-1005
Email:       kfb@bdlegal.com
             lberger@bdlegal.com

*Attorneys for Plaintiff, Ryan Williams*

## DEMAND FOR JURY TRIAL

The Plaintiff, Ryan Williams, by counsel, respectfully requests a jury trial for all issues deemed triable by jury.

        Respectfully submitted,

        /s/ Lauren E. Berger
        Kyle F. Biesecker, Atty. No. 24094-49
        Lauren E. Berger, Atty. No. 29826-19
        BIESECKER DUTKANYCH & MACER, LLC
        411 Main Street
        Evansville, IN 47708
        Telephone:  (812) 424-1000
        Facsimile:   (812) 424-1005
        Email:       kfb@bdlegal.com
                         lberger@bdlegal.com

*Attorneys for Plaintiff, Ryan Williams*